IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 12-0192CCC

1) JULIO L. DE JESUS-GOMEZ,
a/k/a "Julio Torta," "Julito," "July"

2) TANIA DE JESUS-GOMEZ

3) JULIA GOMEZ-CALCAÑO

4) JOSE SANTIAGO-GOMEZ,
a/k/a "Joseito," "Joselito," "El Don"

5) EDWIN MONGE-PEÑA,
a/k/a "Viejo"

6) EMMANUEL MOYANO-
RODRIGUEZ, a/k/a "Memo"

7) ALEX GOMEZ-RAMOS, a/k/a "Alex
Changuia"

8) LUIS A. SUAREZ-RIVERA,
a/k/a "Luis El Gordo," "Gordo Chiquita"

9) RUBEN MENDOZA-BONANO,
a/k/a "Gugu," "Blanco," "El Bori"

10) TAHIRI MONTALVO

11) ALBERTO MARTINEZ-
RODRIGUEZ, a/k/a "Cano"

12) CARLOS MARTINEZ-
RODRIGUEZ, a/k/a "Carly," "Carlito
El Buey/Matador"

13) JAVIER MORALES-ANDREU,
a/k/a "Gadget," "Galle," "Pedro del
Valle-Andiño," "El Bori"

14) ROBERTO MORALES-RIVERA,
a/k/a "Robert Abuela"

15) LUIS DANIEL RIVERA-PEREZ,
a/k/a "Danny"

16) FERNANDO FUERTES-
ROBINSON, a/k/a "Broco"

17) LUIS ROSS-DE LA CRUZ,
a/k/a "Manco"

18) JOSE AVILA-JIMENEZ,
a/k/a "Cheni"

CRIMINAL 12-0192CCC                    2

19) JOSE M. PEREZ-LOPEZ,
a/k/a "Cleto"

20) HECTOR DIAZ-MADERA,
a/k/a "Flaquin"

21) PABLO ORTIZ-CALZADA,
a/k/a "Pablito," "Changuito," "Pablo
El Prieto"

22) LUIS GOMEZ-RAMOS, a/k/a "Luis
Moco," "Ely"

23) OMAR CAMACHO-ALMESTICA

24) GILBERTO TRINIDAD-ORTIZ,
a/k/a "Gilbert"

25) LUIS RODRIGUEZ-GUZMAN,
a/k/a "Chino"

26) CARLOS A. MATTA-PEÑA

27) WALESKA MATTA-CUEVAS,
a/k/a "Wally," "Jenifer's Mom"

28) JENIFER LUGO-MATTA

29) MIGUEL VELAZQUEZ-
RODRIGUEZ, a/k/a "Migue"

30) BENITO SANTIAGO-DE JESUS

31) ARMANDO GOMEZ-ORTIZ,
a/k/a "Armandito"

32) ELIZABETH MEJILL-NEGRON,
a/k/a "Liza"

33) ELIZABETH SANTIAGO-DE
JESUS

34) SUBRIEL MATHEW-MATIAS

35) ALEX HENRY MATHEW,
a/k/a "Memo"

36) ROBERTO C. VEGA-RIVERA,
a/k/a "Bobby"

37) ANGEL MARTINEZ-RODRIGUEZ

38) ANDY GARCIA-MATHEW

39) OMAR QUIÑONEZ-GONZALEZ,
a/k/a "Castor," "Velador," "Juan Omar"

40) STEVEN BURGOS-CASTRO

CRIMINAL 12-0192CCC                3

41) DOMINGO PEÑA-RIVERA,
a/k/a "Bebe"

42) ABNER BELARDO-COLON

43) WALTER COGHEN-TORRES,
a/k/a "Wacuco"

44) XAVIER FIGUEROA-ALVIRA,
a/k/a "Chavo"

**45) RUBENCIO JAIME-COX**

46) JUAN L. FUENTES-RIVERA,
a/k/a "Juaco," "Hermano"

47) ROSELYN SANTIAGO-DE JESUS

48) ANA C. CARRION-CRUZ,
a/k/a "India"

49) YAMIL RIOS-CARRILLO

50) JORGE RIVERA

51) EMILIO MONGE-TORRES,
a/k/a "Millo"

52) JOHN L. RIVERA-CRUZ

53) JOSE PORFIL, a/k/a "Cheito/Porfil"

Defendants

# ORDER

Having considered the Report and Recommendation filed on July 17, 2014 (**docket entry 1403**) on a Rule 11 proceeding of defendant [45] Rubencio Jaime-Cox before U.S. Magistrate-Judge Bruce J. McGiverin on July 8, 2014, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 12-0192CCC                4

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 8, 2014.  The **sentencing hearing is set for October 7, 2014 at 4:40 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g).  The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on August 5, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge